**Order entered October 28, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00447-CV

## IN THE MATTER OF B.N., A JUVENILE

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-18-01337-W**

## ORDER

Before the Court is appellant's October 27, 2020 motion to extend time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 23, 2020.

/s/     KEN MOLBERG
        JUSTICE